IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
September 8, 2006

CLERK, U.S. DISTRICT COURT

JAMES H. FISHER                    §
                                   §
            Plaintiff,             §
                                   §
VS.                                §        NO. 3-06-CV-0749-R
                                   §
MARILYN STOWERS, ET AL.            §
                                   §
            Defendants.            §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 8th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE